UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                    Case No. 2:25-cr-00014-3

               Plaintiff,                    Hon. Jane M. Beckering
                                U.S. District Judge

    v.

DANICA LYNN MALLON,

               Defendant.

                              /

## ORDER FOR DETENTION

Defendant Mallon appeared before the undersigned for an arraignment on June 2, 2026.

The record before the Court indicates that Defendant Mallon was incarcerated by the Michigan Department of Corrections. The undersigned previously issued a *writ of habeas corpus ad prosequendum* to obtain Defendant's presence in federal court to answer the charges in Indictment. ECF No. 35. Defense counsel stated on the record that he did not oppose the Government's motion for detention at this time. Defense counsel reserved the issue of detention and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  June 4, 2026                    /s/ *Maarten Vermaat*
                                      MAARTEN VERMAAT
                                      U.S. MAGISTRATE JUDGE